**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01478-CV

### SANDRA I. CORREA, Appellant

### V.

### ESTHER SALAS, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04223-2011**

## ORDER

We **GRANT** appellant's January 21, 2014 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on January 21, 2013 filed as of the date of this order.

/s/    ADA BROWN
          JUSTICE